UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DORA MEJIA,

    Plaintiff,

v.                                            CASE NO.: 8:11-cv-266-T-23TGW

PREMIER PHARMA SERVICES, INC.,
and RENU TANEJA,

    Defendants.
_____/

## **ORDER**

The plaintiff sues (Doc. 1) under the Fair Labor Standards Act, 29 U.S.C. § 201 et seq. (the "FLSA"). The defendants move (Doc. 10) to dismiss and assert that the plaintiff fails to allege with sufficient particularity (1) that the defendants are engaged in interstate commerce and (2) that the plaintiff worked in excess of 40 hours per week without receiving appropriate compensation.

The complaint adequately alleges the required elements of an FLSA overtime claim and states:

> 6. At all times material hereto, PREMIER PHARMA SERVICES, INC. had employees engaged in commerce or in the production of goods for commerce, and/or had employees handling, selling, or otherwise working on goods or materials that were moved in or produced for commerce by a person. 29 U.S.C. §203.
> 7. At all times material hereto, PREMIER PHARMA SERVICES, INC., upon information and belief, had revenue in excess of $500,000.00 per annum.
> 8. At all times material hereto, PREMIER PHARMA SERVICES, INC.,was Plaintiff's employer as defined by law.

>      . . .
>
>      12. Plaintiff worked for Defendants from approximately November 23, 2009 to August 19, 2010.
>
>      . . .
>
>      16. During one or more workweeks, Defendants did not pay Plaintiff time and one half Plaintiff's regular rate of pay for overtime hours worked in violation of the FLSA, 29 U.S.C. §207.

The defendants fail to provide support for the proposition that any further detail is required. <u>Secretary of Labor v. Labbe</u>, 319 Fed.Appx. 761 (11th Cir. 2008) ("While these allegations are not overly detailed, we find that a claim for relief for failure to pay minimum wage [or] to provide overtime compensation . . . under FLSA does not require more.") None of the precedent cited by the defendants supports dismissal of an FLSA overtime claim in these circumstances.

The motion to dismiss (Doc. 10) is **DENIED**.

ORDERED in Tampa, Florida, on April 5, 2011.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE